IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| Christy Diane Norris,       )<br>                             )<br>            Plaintiff,   )<br>                             )<br>v.                           )<br>                             )<br>TitleMax of South Carolina, Inc.,   )<br>                             )<br>            Defendant.   )<br>                             )<br>                             ) | Civil Action File<br>No. 4:10cv-00009-WTM-GRS<br><br>Appearing on behalf of:<br>TitleMax of South Carolina, Inc.<br>(Defendant) |

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, Brian Allen Calub, hereby requests permission to appear *pro hac vice* in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. Petitioner states under penalty of perjury that he is a member in good standing of the Bar of the following United States Court, United States Court for the District of South Carolina. Petitioner states further that he is eligible for admission under Local Rule 83.4 and that he does not reside or maintain an office for the practice of law in the Southern District of Georgia.

Petitioner designated Gregory M. Taube, Esq. as local counsel. His business address is provided below in the Consent of Designated Local Counsel.

~Doc# 6142389.1

Petitioner further certifies that he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia. Petitioner further states and certifies that he has not previously appeared as counsel for any case filed in this Court.

This 26th day of January, 2010.

s/ Brian A. Calub
(Signature of Petitioner)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, Gregory M. Taube, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences, and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This 26th day of January, 2010

| | |
|---|---|
| 699166 | s/ Gregory M. Taube |
| Georgia Bar Number | (Signature of Local Counsel) |
| | |
| (404) 322-6000 | Nelson Mullins Riley & Scarborough LLP |
| Business Telephone | Atlantic Station |
| | 201 17th Street NW, Suite 1700 |
| | Atlanta, GA 30363 |

~Doc# 6142389.1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| Christy Diane Norris, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File |
| | ) | No. 4:10cv-00009-WTM-GRS |
| v. | ) | |
| | ) | Appearing on behalf of: |
| TitleMax of South Carolina, Inc., | ) | TitleMax of South Carolina, Inc. |
| | ) | (Defendant) |
| Defendant. | ) | |
| | ) | |
| | ) | |

ORDER OF ADMISSION

In appearing that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This ____ day of _____, 2010.

_____
United States District/Magistrate Judge

* * *

~Doc# 6142389.1

NAME OF PETITIONER:    Brian Allen Calub
Nelson Mullins Riley & Scarborough LLP
Meridian / 17th Floor
1320 Main Street
Columbia, SC 29201
(803)-255-9724

~Doc# 6142389.1